■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL PERRY, Appellant. [759 NYS2d 320] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered December 21, 2000, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

While the prosecutor's extensive questioning of defendant about drugs violated the trial court's *Sandoval* ruling, the error was harmless (*see People v Ayala*, 75 NY2d 422, 431 [1990]).

Defendant's double jeopardy claim concerning his conviction of both criminal sale of a controlled substance in or near school

grounds and criminal sale of a controlled substance in the third degree is unpreserved (*People v Gonzalez*, 99 NY2d 76 [2002]), and we decline to review it in the interest of justice. Were we to review this claim, we would find no violation of the prohibition against double jeopardy (*see Missouri v Hunter*, 459 US 359, 366-369 [1983]). We decline to invoke our interest of justice jurisdiction to dismiss the noninclusory concurrent count (*see People v Spence*, 290 AD2d 223 [2002], *lv denied* 98 NY2d 641 [2002]; *People v Kulakov*, 278 AD2d 519 [2000], *lv denied* 96 NY2d 785 [2001]). Concur—Tom, J.P., Mazzarelli, Rosenberger, Ellerin and Williams, JJ.